THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CUNNINGHAM REALTY COMPANY and Others, Respondents, v. LAWSON PURDY and Others, as Commissioners, etc., Appellants.   (Taxes of 1908, 1910, 1911 and 1912.) — Motion denied, without costs.   Present — Jenks, P. J., Thomas, Blackmar and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN W. FISKE and EDWIN W. FISKE, Respondents, v. EDWARD F. BRUSH, Appellant.— Motion denied.   Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN W. FISKE and EDWIN W. FISKE, Respondents, v. EDWARD F. BRUSH, Appellant.— Motion for stay denied.   Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NASSAU ELECTRIC RAILROAD COMPANY, Respondent, v. WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, and Others, Appellants.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

EUGENE A. RUDIGER and Another, Respondents, Appellants, v. JAMES S. COLEMAN and Others, Defendants.   JULES BREUCHAUD and BERNARD F. COLEMAN, Individually and as Administrator, etc., Appellants, Respondents. — Motions denied, without costs.   When the judgment upon the order of this court is entered, an appeal can be taken to the Court of Appeals without leave, and such appeal will carry up every question over which that court has jurisdiction.   Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

MARVIN SHIEBLER, etc., Respondent, v. THE SHELTER ISLAND HEIGHTS ASSOCIATION and Others, Defendants, and GEORGE R. BRANSON and Another, Appellants.— Motion denied, with ten dollars costs.   Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

BRIDGET T. CUNNINGHAM and Another, Respondents, v. WILLIAM G. MULLIGAN, Appellant, and Another, Defendant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

D. CLINTON DOMINICK, as Trustee in Bankruptcy, etc., Respondent, v. HENRY H. KRACK, Defendant, Impleaded with SIEGBERT SALINGER and Others, Appellants.— Judgment reversed and new trial granted, costs, except in this court, to abide the final award of costs, upon the ground that there is no evidence competent against appellants that the debtor was insolvent when the chattel mortgage was given.   Findings 18 and 19 are reversed, as there is no evidence to sustain them, and all conclusions of law are reversed.   Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

HELEN ERGENZINGER, an Infant, by ALBERT ERGENZINGER, Her Guardian ad Litem, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment of the County Court of Kings county unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.